FormCACB 102 (AO:ch7closedwodischarge)
(10/05)

# United States Bankruptcy Court
# Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

**DEBTOR(S) INFORMATION:**
Sanjay Khattar
**SSN:** xxx−xx−9056
**EIN:** N/A

3183 Wilshire Blvd #196 C36
Los Angeles, CA 90010

**BANKRUPTCY NO.** 2:25−bk−12602−BR
**CHAPTER** 7

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as the Debtor did not file a Certification About a Financial Management Course.

Dated: July 16, 2025

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form VAN−102 clsnodsc) rev. 12/2024

**10 / AUTU**