United States Bankruptcy Court

Central District of California

In re: Case No. 25-12602-BR

Sanjay Khattar Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2

Date Rcvd: Jul 16, 2025      Form ID: van102      Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sanjay Khattar, 3183 Wilshire Blvd #196 C36, Los Angeles, CA 90010-1211 |
| 42403478 | | Public Storage, 7920 Deering Ave, Canoga Park, CA 91304-5007 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Jul 17 2025 01:10:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Jul 17 2025 01:11:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Jul 17 2025 01:09:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 42403471 | | Email/PDF: bncnotices@becket-lee.com | Jul 17 2025 01:15:45 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 42403472 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 17 2025 01:15:41 | Chase Auto Finance, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 42403473 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2025 01:16:58 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 42403474 | | Email/Text: ANGIES@GENESISCRED.COM | Jul 17 2025 01:10:00 | Columbia Debt Recovery, PO Box 3630, Everett, WA 98213-8630 |
| 42403475 | | Email/Text: mrdiscen@discover.com | Jul 17 2025 01:09:00 | Discover Bank, PO Box 30943, Salt Lake Cty, UT 84130-0943 |
| 42403476 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 17 2025 01:10:00 | Goldman Sachs / Apple Card, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 42403477 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 17 2025 01:10:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 42403479 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 17 2025 01:09:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 16, 2025 | Form ID: van102 | Total Noticed: 13

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Benjamin Heston | on behalf of Debtor Sanjay Khattar bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Jason M Rund (TR) | trustee@srlawyers.com  jrund@ecf.axosfs.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 3

FormCACB 102 (AO:ch7closedwodischarge) (10/05)

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

**DEBTOR(S) INFORMATION:**
Sanjay Khattar
**SSN:** xxx–xx–9056
**EIN:** N/A

3183 Wilshire Blvd #196 C36
Los Angeles, CA 90010

**BANKRUPTCY NO.** 2:25–bk–12602–BR
**CHAPTER** 7

All creditors and parties in interest are notified that the above-captioned case has been closed without entry of discharge as the Debtor did not file a Certification About a Financial Management Course.

Dated: July 16, 2025

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form VAN–102 clsnodsc) rev. 12/2024

10 / AUTU